McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT JOE MURRAY, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CR.S-88-0272 WBS GGH<br><br>**MOTION TO CORRECT SERVICE OF MOTION TO DISMISS AND SETTING FURTHER SCHEDULE; ORDER**<br>: |

Because of a misunderstanding by government counsel as to who was responsible for service of pleadings under the relatively new electronic filing system, government counsel neglected to serve upon the pro se defendant its Motion to Dismiss the defendant's most recent § 2255 motion. As a result, the defendant (pro per) never received a copy of the motion and, thus, had no opportunity to respond to it within the time limits previously set. To correct this situation, it is therefore requested that the following new schedule be adopted:

Government Counsel to mail a copy of its
  motion to dismiss to defendant by:       May 9, 2005

Defendant's response to motion to
  dismiss filed by:                         May 30, 2005

//
//
//
//
//

1  Government counsel has confirmed the address of the defendant and will file a certificate of service
2  to memorialize service of the motion.  After May 30, 2005, assuming no further extensions of time
3  are granted by the Court, the matter shall be submitted for a ruling on the motion to dismiss.

Dated: March 10, 2005

                                  McGREGOR W. SCOTT
                                  U.S. Attorney

                      by            /s/
                                  RICHARD J. BENDER
                                  Assistant U.S. Attorney

It is so ORDERED,

this 6th day of May, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE